IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

OMAYRA SANTIAGO,

    Plaintiff

V.

OCEAN DETAILING USA MANAGEMENT, INC.

    Defendant.

_____/

## DEFENDANT'S NOTICE OF REMOVAL OF ACTION FROM STATE COURT

Defendant, OCEAN DETAILING USA MANAGEMENT, INC., by and through undersigned counsel, pursuant to 28 USC §§ 1441, 1446(a), hereby files this Notice of Removal of the above styled cause of action to the United States District Court for the Southern District of Florida. As grounds for the Removal, Defendant states:

1. This matter was filed by Plaintiff in the County Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida on or about February 4, 2017. The case is styled *Omayra Santiago, v. Ocean Detailing USA Management, Inc.*, Case No. 2017-000647-CC-23. See Exhibit A hereto.

2. On or about February 21, 2017 Defendant, Ocean Detailing USA Management, Inc., was served. See Exhibit B hereto.

3. Plaintiff's initial Complaint contains allegations of violations of the Fair Labor Standards Act, ("FLSA"), 29 U.S.C. § 206, as amended by the Equal Pay Act.

4. This Court has jurisdiction over Plaintiff's FLSA claim pursuant to 28 USC § 1331, federal question.

1

5. Pursuant to 28 USC §§ 1441, 1446(a), Defendant is entitled to remove this action to this Court.

6. This Notice is timely as it is filed within thirty (30) days of service on Defendant of the initial pleading.

7. The Miami Division of the Southern District of Florida is the proper Court for the removed case since this Division and District embrace Miami-Dade County, Florida, where the removed case was originally filed.

8. A copy of the instant Notice is being concurrently provided to Plaintiff and filed with the Clerk of the County Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.

9. The aforementioned Exhibit A is made a part hereof and is a true and correct copy of all pleadings served in the state court action.

WHEREFORE, Defendant respectfully requests this Court assume jurisdiction over this matter and grant the instant Notice of Removal.

Respectfully submitted,

By:s:/Blanca R. Sordo
FBN 196037
Blanca R. Sordo, Esq.
Martinez & Sordo, P.A.
7300 North Kendall Drive, Suite 380
Miami, FL 33156
Phone: (305) 670-6767
Mobile: (305) 439-4843
Fax: (786) 472-7030
blanca@martinezsordolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent via CM/ECF on this 9th day of March, 2017 on all counsel or parties of record on the Service List below.

                                        By:s:/Blanca R. Sordo
                                        FBN 196037
                                        Blanca R. Sordo, Esq.
                                        Martinez & Sordo, P.A.
                                        7300 North Kendall Drive, Suite 380
                                        Miami, FL 33156
                                        Phone: (305) 670-6767
                                        Mobile: (305) 439-4843
                                        Fax: (786) 472-7030
                                        blanca@martinezsordolaw.com

## SERVICE LIST

Robert S. Norell, Esq.
Robert S. Norell, P.A.
300 N.W. 70th Ave.
Suite 305
Plantation, Florida 33317
Tel (954) 617-6017
Fax (954) 617-618
Counsel for Plaintiff